UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APB ASSOCIATES, INC.,

        Plaintiff,                        Case Number 17-10001

v.                                       Honorable David M. Lawson

JET'S AMERICA, INC., DJ HILL,
JENNIFER HILL, STEVEN WEISBERG,
and JOHN DOES 1-5,

        Defendants.

_____/

## ORDER OF DISMISSAL

On February 17, 2017, the parties notified the Court by email that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before March 23, 2017**.

                                                    s/David M. Lawson
                                                     DAVID M. LAWSON
                                                     United States District Judge

Dated: February 21, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 21, 2017.

                                        s/Susan Pinkowski
                                        SUSAN PINKOWSKI